IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDRE LASHIN,

    Petitioner,                         No. 2:13-cv-0763 DAD P

    vs.

PLACER COUNTY,

    Respondent.                     ORDER

/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner attempted to submit a $350.00 filing fee for this cause of action, but the court returned the payment to him because the filing fee for a habeas corpus action is $5.00.  See 28 U.S.C. §§ 1914(a).  Petitioner will be provided the opportunity to submit the appropriate filing fee.  In accordance with the above, IT IS HEREBY ORDERED that petitioner shall submit, within thirty days from the date of this order, the appropriate filing fee ($5.00).  Petitioner's failure to comply with this order will result in the dismissal of this action.

DATED: April 29, 2013.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:kly
lash0763.101a

1